# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**

v.        **SENTENCING MINUTES**

**ZALDY N. SABINO**      Case No. 1:19CR109

---

HONORABLE LIAM O'GRADY presiding      Time Called: 9:54 a.m.
Proceeding Held: February 14, 2020      Time Concluded: 10:55 a.m.
Deputy Clerk: Amanda      Court Reporter: S. Wallace

**Appearances:**

UNITED STATES OF AMERICA by:      Edward Sullivan, Jack Hanly
ZALDY N. SABINO in person and by:      James Webster, Christine Bonomo, Kenneth Fetterman, Mike Guzman

INTERPRETER: None      ☐ Interpreter Sworn

---

☒ The parties have no objections to the factual statements in the PSR
☐ The parties have no objections to the application of the guidelines in the PSR

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant
☒ Objections/corrections to application of guidelines by ☐ Plaintiff ☒ Defendant

☒ The government presents sentencing argument: Recommends low end of guideline range sentence.
☒ The defendant presents sentencing argument: Requests no more than five years imprisonment.
☒ Defendant exercises right of allocution.
☒ The court imposes sentence.
☐ The government dismisses count(s) _____.
☒ Defendant advised of appeal rights.

---

**SENTENCING GUIDELINES:**
Offense Level: 38
Criminal History: I
Imprisonment Range: 235-293 months (restrictions apply)
Statutory Provisions: Counts 1: 5 years, Count 2: 15 years, Counts 7-14: 20 years, Counts 15-17: 5 years
Supervised Release Range: 1-3 years
Fine Range: $50,000.00 - $1,565,588.79
Restitution: NA
SA: $1,300.00 (100/count)

- Mr. Guzman presents objections to the guideline calculation.
- Mr. Sullivan responds and presents argument.
- Court finds that the guidelines are properly calculated at 18.
- Mr. Guzman presents further objections on the guideline calculation.

- Mr. Sullivan responds and presents argument.
- Mr. Guzman replies.
- Court does not modify enhancement for multiple bribes.
- Mr. Guzman presents arguments on financials.
- Court does not modify table in PSR re: financials but will consider the objected information.
- Paragraph 88 to be modified re: dividend income.
- Defendant's oppose Government's motion for forfeiture.
- Court would like defense to file a formal opposition. Opposition to be filed within 10 business days.

**SENTENCE IMPOSED:**

**Imprisonment:**    60   Months as to Count(s)   One   of the Indictment.
  87   Months as to Count(s)   Two   of the Indictment.
  87   Months as to Count(s)   7-14   Of the Indictment.
  24   Months as to Count(s)   15-17   Of the Indictment.

Imprisonment term for each count to be served ☒ concurrently ☐ consecutively.
TOTAL TERM OF IMPRISONMENT IMPOSED:  87 months with credit for time served.

**Probation:**   _____   Years as to Count(s)   _____   of the _____.

**Supervised Release:**   Three   Years as to Count(s)   1,2,7-14,15-17   of the Indictment.
  _____   Years as to Count(s)   _____   of the _____.

**MONETARY PENALTIES**

**Special Assessment:**   $ 1,300.00   due immediately

**Fine:**   $ 25,000.00   ☐ fine waived

**Restitution:**   $ NA   ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☒  All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒  The court recommends the defendant's placement at Morgantown, WV or similar minimum-security facility.
☐  The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☒  Other:  Facility to address health issues.

**CUSTODY**

☒  The defendant is remanded to the custody of the U.S. Marshal Service.
☐  The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

# CONDITIONS OF SUPERVISED RELEASE/PROBATION

**Special Conditions**

- ☐ Drug Testing – Special Condition
- ☐ Drug Testing – Standard Condition
- ☐ Drug Testing – Waived
- ☐ Monthly Restitution Payment: $ _____
- ☒ Monthly Fine Payment: $ 500.00
- ☐ Repay Buy Money – Total: $ _____.
- ☐ Repay Buy Money: $ _____/month
- ☒ No New Lines of Credit
- ☒ Financial Disclosure
- ☐ Submit to search by USPO
- ☐ No tavern employment or patronization
- ☐ No employment with fiduciary responsibilities
- ☐ No gambling
- ☐ No transfer of assets in excess of $500.00
- ☐ No possession/use of computer – on-line access
- ☐ No possession/use of data encryption/erasure
- ☐ Provide computer passwords and logons
- ☐ Consent to computer searches
- ☐

- ☐ Home Confinement for _____ days
- ☐ Home Confinement with Alcohol Testing for _____ days
- ☐ Community Correctional Center: _____ days
- ☐ Residential Re-Entry Center: _____ days
- ☐ Cooperate with Bureau of Immigration/Customs
- ☐ Cooperate with IRS
- ☐ Cooperate with Child Support
- ☒ Participate in mental health treatment program
- ☐ Participate in sex offender assessment/treatment
- ☐ Waive confidentiality – sex offender treatment
- ☐ No sexually-explicit materials w/minors
- ☐ No possession/viewing of pornography or erotica
- ☐ Obtain GED or HSED
- ☐ No contact – unrelated children under 18
- ☐ No contact with victim(s)
- ☐ No contact with gang members
- ☐ Perform community service: _____ hours
- ☒ No business in contracting or with money